## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ghazi Nore Farrad                                    CHAPTER 13

Debtor(s)

BKY. NO. 26-12481 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
08 Jul 2026, 14:32:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1d2876fe7350cce3e76ba01ac3dcadff4cf09d19f324fa38085fe3ecb9fce004