**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ghazi Nore Farrad                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 26-12481 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
08 Jul 2026, 14:32:01, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322

Document ID: 1d2876fe7350cce3e76ba01ac3dcadff4cf09d19f324fa38085fe3ecb9fce004