UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 26-12481-PMM-13

Ghazi Nore Farrad                                         Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**


    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


                        By   /s/   Mandy Youngblood


                         Mandy Youngblood
                         PO Box 183853
                         Arlington, TX  76096
                         877-203-5538
                         877-259-6417
                         Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 26-12481-PMM-
                                                                                                            13

Ghazi Nore Farrad                                                                              Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 27, 2026 :

DAVID W TIDD                                         Scott Waterman
200 Spring Ridge Drive                              2901 St. Lawrence Ave.
Suite 100                                           Suite 100
Wyomissing, PA 19610                                Reading, PA 19606


By  /s/  Mandy Youngblood
        Mandy Youngblood

xxxxx90583 / 1135817