Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Ghazi Nore Farrad
118 Philadelphia Ave.
Reading, PA 19607

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 26-12481-PMM**

Petition Filed Date: 06/08/2026
341 Hearing Date: 07/28/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/18/2026 | $212.01 | | 07/20/2026 | $212.01 | | | | |

**Total Receipts for the Period: $424.02 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $636.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | USAA FEDERAL SAVINGS BANK<br>»» 001 | Unsecured Creditors | $9,877.86 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $21,430.16 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $5,740.39 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $19,338.74 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $6,426.09 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $6,895.08 | $0.00 | $0.00 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $3,736.21 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $8,301.40 | $0.00 | $0.00 |
| 10 | PENNYMAC LOAN SERVICES LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA NA<br>»» 011 | Unsecured Creditors | $1,379.83 | $0.00 | $0.00 |
| 12 | GREENSKY INC #3877<br>»» 012 | Unsecured Creditors | $7,287.28 | $0.00 | $0.00 |
| 13 | NAVY FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $7,431.77 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12481-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $636.03 | Current Monthly Payment: | $212.01 |
| Paid to Claims: | $0.00 | Arrearages: | ($212.01) |
| Paid to Trustee: | $48.96 | Total Plan Base: | $7,632.36 |
| Funds on Hand: | $587.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.