UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Ghazi Nore Farrad<br><br>Debtor | Chapter 13<br>Bankruptcy No.26-12481-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of October, 2026, by first class mail upon those listed below:

Ghazi Nore Farrad
118 Philadelphia Ave.
Reading, PA 19607

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
200 SPRING RIDGE DR, STE 200
WYOMISSING, PA 19610

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee